HAZEL MAE B. PANGAN (SBN: 272657)
hpangan@grsm.com
PATRICK J. MULKERN (SBN: 307272)
pmulkern@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 W. Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: 213-576-5000
Facsimile: 213-680-4470

Attorneys for Plaintiff
Nagravision S.A.R.L.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGRAVISION S.A.R.L., a Swiss corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>TRILLER, INC., a Delaware corporation,<br><br>              Defendant. | Case No. 2:23-cv-06802-SK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><u>Magistrate Judge</u><br>Hon. Steve Kim |

-1-
STIPULATION OF DISMISSAL WITH PREJUDICE                CASE NO. 23-CV-6802

Plaintiff Nagravision S.A.R.L. and Defendant Triller, Inc., by and through their designated counsel, hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and fees. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED WITH PREJUDICE without further order of the Court.

Dated: December 5, 2024     GORDON REES SCULLY MANSUKHANI

By: */s/ Patrick J. Mulkern*
Hazel Mae B. Pangan
Patrick J. Mulkern
Attorneys for Plaintiff
NAGRAVISION, S.A.R.L.

Dated: December 5, 2024     NOVIAN & NOVIAN

By: */s/ Farhad Novian*
Farhad Novian
Anthony S. Chavez
Amber Miller
Attorneys for Defendant
TRILLER, INC.

### Attestation of E-Filed Signature

I, Patrick J. Mulkern, am the ECF user whose ID and password are being used to file this stipulation. Pursuant to C.D. Cal. L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the present filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: December 5, 2024     */s/ Patrick J. Mulkern*
Patrick J. Mulkern